# United States District Court

DISTRICT OF

SANDY RIGGI

V.

GATEWAYS TO CHANGE, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 05 011 ML

TO: (Name and address of defendant)

Registered Agent:
Catherine McGillivray
11 Knight Street
Suite B6
Warwick, RI 02886

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen T. Fanning
305 S. Main Street
Providence, RI 02903

A true Copy Attest
Edwin Semper Jr
Federal Process Server
2-2-05

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 1/10/05

Fran P McEady

(BY) DEPUTY CLERK

2

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 2-2-05 237pm |
|---|---|
| NAME OF SERVER (PRINT) Edwin O Semper Jr | TITLE Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☒ Other (specify): Served Barbara O'Connor Human Resources Director for Gateways to Change Inc 11 Knight St Warwick RI

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 40 | TOTAL 48 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-2-05
Date

Edwin J Semper Jr
*Signature of Server*

29 Mathew Dr
Johnston RI
*Address of Server*

FILED
2005 FEB -4 P 12:
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Barbara O'Connor

(1) As to who may serve a summons see Rule 4 of the Federal Rules [of C]ivil Procedure.