**UNITED STATES FEDERAL COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SANDY RIGGI,**<br>**Plaintiff** | : | |
| **v.** | : | **C.A. No. 05-011ML** |
| **GATEWAYS TO CHANGE, INC.**<br>**Defendant** | : | |

**ENTRY OF APPEARANCE**

Jeffrey W. Kasle, Esquire, of the law firm St. Peter & Kasle, Four Richmond Square, Providence, RI 02906 hereby enters his appearance on behalf of Defendant, Gateways To Change, Inc. in the above-captioned matter.

GATEWAYS TO CHANGE, INC.,
BY ITS ATTORNEY,

[signature]

JEFFREY W. KASLE, Esq. #2695
St. Peter & Kasle Incorporated
Four Richmond Square
Providence, Rhode Island 02906
Tel 453-4330, Fax 453-4333
Email: jeff@stpeterandkasle.com

**Certification**

I certify that I caused a copy of this document to be served upon Stephen T. Fanning, 305 South Main Street, Providence, Rhode Island 02903 by first class mail on the 20th day of April, 2005.

Kimberly A. Peters

FILED

3