UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SANDRA ANN RIGGI,
Plaintiff

C.A. No.05 011 ML

v.

GATEWAYS TO CHANGE, INC.,

Defendant

**MOTION FOR ATTORNEY'S LIEN**

Now comes Attorney Stephen T. Fanning, counsel to the Plaintiff in the above-captioned matter and submits this Motion for Attorney's Lien.

In Support of his Motion, the undersigned Counsel submits the Attached Memorandum.

Respectfully Submitted,

Stephen Fanning

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 FAX

Certification

I hereby certify that a true copy of the above has been sent via hand delivery on this ~~22~~ 28th day of April to Keith J. Dyer at 129 Dorrance Street; Providence, RI 02903.:

Stephen Fanning (Signature)

7

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SANDRA ANN RIGGI,
Plaintiff

C.A. No.05 011 ML

v.

GATEWAYS TO CHANGE, INC.,

Defendant

**MEMORANDUM IN SUPPORT OF MOTION FOR ATTORNEY'S LIEN**

Now comes Attorney Stephen T. Fanning, counsel to the Plaintiff in the above-captioned matter and submits this Memorandum in Support of his Motion for Attorney's Lien.

In Support of his Motion, the undersigned Counsel states the following:

1. The undersigned counsel, Stephen T. Fanning, Esq. ("Attorney") is a duly licensed attorney at law, admitted to practice in all federal and state courts in the Commonwealth of Massachusetts and the State of Rhode Island.
2. Attorney maintains a law office and place of business at 305 South Main Street, Providence, Rhode Island 02903.
3. Attorney has been licensed to practice in the State of Rhode Island for approximately 20 years.
4. On or about May 21, 2004, Attorney was retained by Sandra Riggi ("Riggi" or "Client" to prosecute a claim on her behalf for alleged discrimination by her employer, Gateways to Change, Inc., in violation of the Americans with Disabilities Act of 1990, 42 U.S.C. Sec. 12001 et seq. and other statutes.)
5. Attorney and Client agreed that Attorney would be reimbursed for costs and expenses, and would be paid as compensation for his legal services to the

Client a reasonable amount of money contingent on any recovery through settlement or verdict.

6. The Attorney and Client memorialized their agreement in a written Retainer Agreement, executed on May 21, 2004, stating, inter alia, that "Client may require Attorney to withdraw representation at any time. If Attorney withdraws his representation for any reason specified in this paragraph, Attorney may assert a lien on Client's file for the reasonable value of his services, pursuant to pertinent provisions of the Rhode Island General Laws, with charges and costs to be calculated on an hourly basis at a rate of $225.00 per hour or in the amount of one-third of any settlement offers then pending, which ever is greater." (Attachment A)
7. On January 10, 2005, Attorney, after due investigation and preparation, filed a suit on behalf of the Client, in this Court, Case No. 05 011 ML.
8. On or about April 15, 2005, Attorney received a "Discharge and Appointment" form, indicating that it was Client's intention to change counsel. (Attachment B)
9. Attorney has filed a Motion with this Court to Withdraw as Plaintiff's Counsel. (Attachment c)
10. Attorney's services in this action were reasonably worth an amount equal to that agreed to by the Attorney and the Client, per the Retainer Agreement.
11. No previous complaint has been made for this order of relief.
12. WHEREFORE, Attorney asks this Court to determine this Motion Seeking the Attorney's Lien.

Respectfully Submitted,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 FAX

## Certification

I hereby certify that a true copy of the above has been sent via hand delivery on this 28th day of April to Keith J. Dyer at 129 Dorrance Street; Providence, RI 02903.:

Stephen Fanning ______ (Signature)

TO: **SANDY RIGGI**
FROM: STEPHEN T. FANNING, ESQ.
RE: RETAINER AGREEMENT

This Agreement is made by and between **SANDY RIGGI**, herein referred to as the "Client," and Stephen T. Fanning, Esq. herein referred to as the "Attorney."

1. The Client retains the Attorney, and the Attorney hereby agrees, solely to perform the following service:

2. Represent Client with respect to discriminatory conduct, including termination and retaliation, based on disability status, involving the client's former employer, GATEWAYS TO CHANGE.

3. Such representation shall include, as necessary and except as may be limited below, litigation services, legal research, factual investigation, correspondence, telephone calls, consultations, as well as the negotiation of any settlement agreement, severance arrangement, or other negotiated resolution of this matter, as they may relate to processing of the client's claim before the Rhode Island Human Rights Commission. Services that are not included in this Agreement include litigation services relative to any court, appeals of any nature, retrials, enforcements of judgments, and defense of cross-claims and counter-claims. Should the Client desire these services, and should the Attorney agree to represent the Client in these matters, a new retainer agreement must be executed by the parties.

4. If the Client, at any time, wishes to retain the Attorney for any other legal services, unrelated to the matters referenced in Paragraph 2, above, and the Attorney agrees to represent Client with respect to those services, Client and Attorney shall make a new agreement to provide those services.

5. Client agrees to pay Attorney for all services rendered, as described below:

   a. At the conclusion of this matter, Client shall pay to Attorney a contingency fee in the amount of 33 1/3% of all sums realized through verdict/decision or negotiated settlement, prior to any deductions for Client's costs incurred in the processing of this action.

6. The Client agrees and understands that, notwithstanding the outcome of the case, Client will be responsible for and shall pay as necessary, and on request, all expenses incurred in the handling of the case. Expenses for which the Client is responsible shall include stenographer's fees, investigation expenses, report fees, copying costs, and other expenses reasonably necessary to the processing of the Client's representation. These

expenses will be billed to the Client at reasonable intervals, and Client agrees to promptly pay same.

7. Attorney is authorized to take all actions on Client's behalf that Attorney deems advisable and proper. Attorney will notify Client promptly of all significant developments in this matter and of all offers of settlement.

8. Attorney shall use his best efforts in representing Client. Because of the uncertainty of legal proceedings, varying interpretations of and/or changes in the law, and other factors, Attorney cannot and does not warrant, predict, or guarantee particular results or the final outcome of this matter. Attorney makes no representations to the Client as to the timeliness of actual or potential claims, and neither warrants nor assumes responsibility for the actions/omissions of any prior counsel, any administrative agency, or the client in the previous processing of this matter.

9. In order to effectively advocate the Client's interests, the Attorney expects the Client to maintain its affirmative obligation to cooperate in the processing of this matter. In addition to the provisions already stated above, Attorney may terminate this Agreement and withdraw as counsel if Client is in breach of any of Client's obligations hereunder, does not divulge to Attorney all information pertinent to Client's case, is unable or unwilling to assist meaningfully in the ongoing processing of Client's case, or if Attorney is otherwise required to do so in accordance with the Rules of Professional Conduct governing attorneys. Client may require Attorney to withdraw representation at any time. If Attorney withdraws his representation for any reason specified in this paragraph, Attorney may assert a lien on Client's file for the reasonable value of his services, pursuant to pertinent provisions of Rhode Island General Laws, with charges and costs to be calculated on an hourly basis at a rate of $225.00 per hour or in the amount of one-third of any settlement offers then pending, which ever is greater.

10. Both the Client and the Attorney have read this Agreement and fully understand its contents. The Attorney has answered all questions of the Client and has explained this Agreement to the satisfaction of the Client.

11. This Agreement contains the entire agreement between the Client and the Attorney, replaces any prior oral or written agreements, and can only be modified by written agreement signed by the Client and the Attorney, and their respective heirs, legal representatives, and successors.

ACCEPTED AND AGREED:

Date: May 21, 2004

Sandy Riggi
21 South Street
Cranston, RI 02920

5/21/04

I acknowledge that I have received a copy of the "Client's Statement of Rights and Responsibilities," pursuant to Rule 1.4 of the Supreme Court Rules of Professional Conduct.

# DISCHARGE AND APPOINTMENT

I, Sandra Riggi, do hereby release and discharge Stephen Fanning, Esq. from further representing me with regard to any and all cases and representations, including but not limited to a specific workers compensation representation and a specific employment discrimination representation currently pending with your office.

I wish to have no further contact with your office. I hereby state that I have retained Keith J. Dyer, Esq., attorney at law, to represent me. I further request that the entire file be forwarded to Keith J. Dyer, Esq., attorney at law, forthwith.

I also direct, request, and demand that all parties, insurers, and counsel in the above-entitled matter deal directly with my attorney, Keith J. Dyer, Esq., from this date forward.

Sandra Riggi
Client's Signature

3/3/05
Date

Keith J. Dyer
Witness

3/3/05
Date

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SANDRA ANN RIGGI,
Plaintiff

C.A. No.05 011 ML

v.

GATEWAYS TO CHANGE, INC.,

Defendant

**MOTION FOR ATTORNEY'S LIEN**

Now comes Attorney Stephen T. Fanning, counsel to the Plaintiff in the above-captioned matter and submits this Motion for Attorney's Lien.

In Support of his Motion, the undersigned Counsel submits the Attached Memorandum.

Respectfully Submitted,

Stephen Fanning

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 FAX

Certification

I hereby certify that a true copy of the above has been sent via hand delivery on this ~~22~~ 28th day of April to Keith J. Dyer at 129 Dorrance Street; Providence, RI 02903.:

Stephen Fanning (Signature)