Rec'd 5/10/05

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SANDRA ANN RIGGI,
Plaintiff

C.A. No.05 011 ML

v.

GATEWAYS TO CHANGE, INC.,

Defendant

**MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**

Now comes Attorney Stephen T. Fanning, counsel to the Plaintiff in the above-captioned matter and submits this Motion to Withdraw as Plaintiff's Counsel.

The undersigned counsel has been informed by the Plaintiff Client that she has decided to retain new counsel, and has directed the undersigned to take no further action on her behalf in connection with this matter. (See Attachment A)

Granted. Mary M. Lisi USDJ 5/25/05

Respectfully Submitted,

Stephen Fanning

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 FAX

Certification

I hereby certify that a true copy of the above has been sent via hand delivery on this 22nd day of April to Keith J. Dyer at 129 Dorrance Street; Providence, RI 02903.:

Stephen Fanning (Signature)

8

# DISCHARGE AND APPOINTMENT

**I, Sandra Riggi, do hereby release and discharge Stephen Fanning, Esq. from further representing me with regard to any and all cases and representations, including but not limited to a specific workers compensation representation and a specific employment discrimination representation currently pending with your office.**

**I wish to have no further contact with your office. I hereby state that I have retained Keith J. Dyer, Esq., attorney at law, to represent me. I further request that the entire file be forwarded to Keith J. Dyer, Esq., attorney at law, forthwith.**

**I also direct, request, and demand that all parties, insurers, and counsel in the above-entitled matter deal directly with my attorney, Keith J. Dyer, Esq., from this date forward.**

Client's Signature — Date 3/3/05

Witness — Date 3/3/05