UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUN 02 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SANDRA ANN RIGGI,
Plaintiff

C.A. No.05 011 ML

v.

GATEWAYS TO CHANGE, INC.,
Defendant

**STIPULATION TO WITHDRAW MOTION FOR ATTORNEY'S LIEN**

Now comes Attorney Stephen T. Fanning, former counsel to the Plaintiff in the above-captioned matter and with the Court's permission, hereby stipulates to the withdrawal of his Motion for Attorney's Lien.

Respectfully Submitted,

Stephen Fanning

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 FAX

Certification

I hereby certify that a true copy of the above has been sent via hand delivery on this 1st day of June to Timothy Robenhymer, Esq. at 376 Broadway, Providence, RI 02909 & Jeffrey Kasle, St Peter & Kasle at 4 Richmond Sq., Providence, RI 02906.

Stephen Fanning (Signature)

Approved. Mary M. Lisi USDJ 6/2/05