RECEIVED AUG 24 2005

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

SANDRA RIGGI

VS. C.A. No. 05-011ML

GATEWAYS TO CHANGE, INC.

**STIPULATION OF DISMISSAL**

Now come the parties in the above-captioned matter and hereby stipulate that the Plaintiff's complaint shall be dismissal with prejudice. This Stipulation of Dismissal is filed pursuant to Rule 41 (a) (1) (ii) of the Federal Court Rules of Civil Procedure.

Timothy J. Robenhymer, Esq., #4419
376 Broadway
Providence, RI 02909
Ph: 401-521-8400
Fx: 401-521-8405

Jeffrey W. Kasle, Esq., #2695
Four Richmond Square
Providence, RI 02906
Ph: 401-453-4330
Fx: 401-453-4333

**CERTIFICATION**

I hereby certify that a true copy of the above stipulation has been mailed to Jeffrey Kalse, Esq., Four Richmond Square, Providence, RI 02906 on the 19th day of August, 2005.

Enter:
Mary M. Lisi USDJ 8/29/05